UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARREA MCCOY-GORDON, AV9561,<br><br>Petitioner,<br><br>v.<br><br>PELICAN BAY STATE PRISON,<br><br>Respondent. | Case No. 19-cv-02984-SK (PR)<br><br>**ORDER TRANSFERRING CASE AND INSTRUCTING CLERK TO UPDATE PETITIONER'S MAILING ADDRESS** |

Petitioner, a state prisoner incarcerated at the Substance Abuse Treatment Facility and State Prison, Corcoran (SATF-CSP, Corcoran)[1] pursuant to a 2017 conviction from Solano County Superior Court, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 seeking to invalidate a prison disciplinary finding he sustained while incarcerated at Pelican Bay State Prison (PBSP) that resulted in a loss of time credits and longer period of incarceration.

Venue is proper in a habeas action in either the district of conviction or the district of confinement. 28 U.S.C. § 2241(d). But the district of confinement is the preferable forum to review habeas challenges to the execution of a sentence, including challenges to prison disciplinary actions that affected a prisoner's length of confinement. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

Because petitioner is incarcerated at SATF-CSP, Corcoran in Kings County, which lies within the venue of the Eastern District of California, 28 U.S.C. § 84(b), the court ORDERS that

---

[1] Petitioner filed this action while he was incarcerated at California State Prison, Sacramento (SAC), but recently filed a notice in another case informing the court that he had been transferred to SATF-CSP, Corcoran. The court has confirmed that petitioner was transferred to SATF-CSP, Corcoran and instructs the clerk to update petitioner's mailing address in this case to CSATF-CSP, Corcoran, C3-231, P.O. Box 5246, Corcoran, CA 93212.

pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: June 12, 2019

_____
SALLIE KIM
United States Magistrate Judge