UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARREA MCCOY-GORDON,<br><br>Petitioner,<br><br>v.<br><br>PELICAN BAY STATE PRISON,<br><br>Respondent. | 1:19-cv-00832-JDP (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>ECF No. 11 & 13 |

Petitioner Demarrea McCoy-Gordon, a state prisoner proceeding without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner was authorized to proceed in forma pauperis in this action on June 14, 2019. ECF No. 6. On June 24 and July 1, 2019, petitioner filed additional applications to proceed in forma pauperis. ECF No. 11, 13. I order that these additional applications be disregarded as moot.

IT IS SO ORDERED.

Dated: October 31, 2019

_____
UNITED STATES MAGISTRATE JUDGE

1